UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO G. MIRASOL, et al., | Case No. 2:19-cv-00027-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

Plaintiff's counsel, Moshe Selikovitz, is ORDERED to respond to the court's March 14, 2019 order to show cause, ECF No. 6, no later than May 8, 2019. Hearing on defendant's motion to dismiss and the court's pretrial scheduling conference is VACATED and RESET for May 31, 2019.

IT IS SO ORDERED.

DATED: May 1, 2019.

_____
UNITED STATES DISTRICT JUDGE