UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO G. MIRASOL, et al., | Case No. 2:19-cv-00027-KJM-EFB |
| Plaintiffs, | |
| v. | ORDER |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

Defendant Wells Fargo moves to dismiss this case under Rule 41, due to plaintiffs' failure to file a second amended complaint. ECF No. 17. For the reasons below, the court GRANTS the motion.

On August 6, 2019, the court issued an order detailing the numerous instances in which plaintiffs' counsel exhibited an unwillingness or inability to timely prosecute this case. *See* Order, ECF No. 16, at 1 (citing Orders to Show Cause, ECF Nos. 6, 8, 11, 13, 14). The court also granted defendant's first motion to dismiss, construing plaintiffs' silence in response to the motion as non-opposition. *Id.* at 3. Finally, the court allowed plaintiffs fourteen days to file an amended complaint and warned, "[t]heir failure to do so will result in dismissal for failure to prosecute." *Id.* (citing Fed. R. Civ. P. 41(b)[1]).

---

[1] If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule—except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19—operates as an adjudication

1

On August 22, 2019, defendant moved to dismiss the case for failure to prosecute, because plaintiffs missed the deadline to file a second amended complaint. Mot., ECF No. 17, at 1. As of the date of this order, plaintiffs still have not filed a second amended complaint. Consistent with the court's warning in its August 6 order, the court hereby DISMISSES the case with prejudice for failure to prosecute. Fed. R. Civ. P. 41(b).

This order resolves ECF No. 17. The Clerk is directed to close the case.

IT IS SO ORDERED.

DATED: October 30, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

on the merits.